Pg 1 of 2

Todd & Levi, LLP
444 Madison Avenue
Suite 1202
New York, New York 10022
Jill Levi
David B. Rosenberg

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
In re:                                              :    Case No. 19-12294-scc
                                                    :
    ANTHONY J. BARTOLOMEO,          :    Chapter 7
                                                    :
              Debtor    :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

    **PLEASE TAKE NOTICE** that CooperFriedman Electric Supply Co., Inc. appears in the above-captioned case, by its counsel, Todd & Levi, LLP; such counsel hereby enters its appearance pursuant to Section 9010(b) of the Bankruptcy Code, and hereby requests that copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address:

        Todd & Levi, LLP
        Attention: Jill Levi, Esq.
        444 Madison Avenue
        Suite 1202
        New York, New York 10022
        Tel: (212) 308-7400
        E-mail: jlevi@toddlevi.com
                drosenberg@toddlevi.com

2

**PLEASE TAKE FURTHER NOTICE** that the within demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Dated:   New York, New York
         July 22, 2019

                                TODD & LEVI, LLP

                                By: /s/ Jill Levi
                                       Jill Levi
                                444 Madison Avenue
                                Suite 1202
                                New York, New York 10022
                                Tel: (212) 308-7400