**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony J. Bartolomeo <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0394 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 19–12294–lgb | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony J. Bartolomeo

<u>11/3/22</u>                                              **By the court:** <u>Lisa G Beckerman</u>
                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 19-12294-lgb |
| Anthony J. Bartolomeo | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 03, 2022 | Form ID: 318 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony J. Bartolomeo, 2500 Johnson Avenue, Apt. 19-H, Bronx, NY 10463-4945 |
| cr | #+ | Charles DeGennaro III, c/o Ruta Soulios & Stratis LLP, 211 E 43rd Street 24th Fl, New York, NY 10017-4714 |
| cr | + | CooperFriedman Electric Supply Co., Inc., 29 West 38th Street, New York, NY 10018-5504 |
| cr | + | Crescent Electric Supply Company Inc. of New York, c/o M. Korsinsky, 2926 Avenue L, Brooklyn, NY 11210-4639 |
| cr | + | Provident Bank, c/o McCarter & English, LLP, Attn: Joseph Lubertazzi, Jr., Worldwide Plaza, 825 8th Avenue, 31st Floor New York, NY 10019-7843 |
| 7641904 | + | Abdulhamid Abdulhaqq, c/o The Law Office of Justin A. Zeller,, 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7641951 | + | Antonio Douglas, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7586266 | + | Arthur Goldstein, Esq., c/o Tarter Krinsky & Drogin, LLP, 1350 Broadway, 11th Floor, New York, N.Y. 10018-0947 |
| 7579167 | + | CRESCENT ELECTRIC SUPPLY COMPANY, INC. OF NEW YORK, C/O KORSINSKY & KLEIN, LLP, 2926 AVENUE L, BROOKLYN, NEW YORK 11210-4639 |
| 7641911 | + | Cesar Almonte, c/o The Law Office of Justin A. Zeller,, 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7638275 | #+ | Charles DeGennaro III, c/o Steven Soulios, Esq., Ruta Soulios & Stratis LLP, 211 East 43rd Street, 24th Floor, New York, New York 10017-4714 |
| 7641912 | + | Christian Baine, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7564519 | + | Collier Halpern & Newberg, One N. Lexington Ave., 15th Floor, White Plains,NY 10601-1735 |
| 7564520 | + | Cooper Electric, c/o Jill Levi, Esq., 444 Madison Ave. Ste 1202, New York,NY 10022-6959 |
| 7641945 | + | Dominick Mastrandrea, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7641935 | + | Duane Frisbie, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7641947 | + | Elijah Plummer, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7641943 | + | Eriks Markevics, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7641952 | + | Faustino Liceaga, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7641948 | + | Goly Standifer, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7568191 | + | KORSINSKY& KLEIN, LLP, Attorneys for Crescent Electric Supply, Company Inc. of New York, 2926 Avenue L, Brooklyn, New York 11210-4639 |
| 7641925 | + | Kernan Charlery, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7564523 | | Kernan Charlery Et Al., Justin A. Zeller, Esq., 277 Broadway, Ste 408, New York,NY,10007-2036 |
| 7564521 | + | Korsinsky & Klein, LLP, Attorneys for Crescent Electrical, Supply Company, Inc. of New York, 2926 Avenue L, Brooklyn, NY 11210-4639 |
| 7564525 | + | McCarter & English, LLP, Attorneys for Provident Bank, 4 Gateway Ctr, Newark,NJ 07102-4062 |
| 7571025 | | Provident Bank, Joseph J. Lubertazzi, Jr., Esq., McCarter & English, LLP, 4 Gateway Ctr., 100 Mulberry St, Newark, NJ 07102 |
| 7633136 | | Provident Bank, c/o Sheila Calello, Esq., McCarter & English, LLP, 100 Mulberry St, 4 Gateway Ctr, Newark, NJ 07102 |
| 7564167 | + | RATTET PLLC, Attorneys for Anthony J. Bartolomeo, 202 Mamaroneck Avenue, Suite 300, White Plains, New York 10601-5320 |
| 7571563 | #+ | Ruta Soulios & Stratis LLP, Attorneys for Charles DeGennaro III, 211 E. 43rd Street, 24th Floor, New York, New York 10017-4714 |
| 7586318 | + | TARTER KRINSKY & DROGIN LLP, Attorneys for Deborah J. Piazza, as Chapter 7 Trustee, 1350 Broadway, 11th Floor, New York, New York 10018-0947 |
| 7641949 | + | The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7617785 | + | Todd & Levi, LLP, c/o Jill Levi, Esq., Attorneys for CooperFriedman, Electric Supply Co., Inc., 444 Madison Ave. Suite 1202 New York, NY 10022-6959 |
| 7641942 | + | William H. Jereis, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |
| 7641944 | + | Yomar Marte, The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

19-12294-lgb    Doc 132    Filed 11/05/22    Entered 11/06/22 00:08:12    Imaged
Certificate of Notice    Pg 4 of 6

| District/off: 0208-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 03, 2022 | Form ID: 318 | Total Noticed: 40 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 7586825 | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 19:07:48 | American Express, P.O. Box 297879, Ft. Lauderdale, FL 33329-7879 |
| 7586158 | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 19:07:47 | American Express, P.O. Box 297879, Fort Lauderdale, Florida 33329-7879 |
| 7608917 | Email/PDF: bncnotices@becket-lee.com | Nov 03 2022 19:07:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7564518 | EDI: TSYS2 | Nov 03 2022 23:08:00 | Barclays, PO Box 13337, Philadelphia,PA, 19101-3337 |
| 7564522 | EDI: IRS.COM | Nov 03 2022 23:08:00 | Department of the Treasury, Internal Revenue Service, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 7564524 | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 03 2022 19:00:00 | NYS Dept of Tax & Finance, Bankruptcy Special Procedures, P.O. Box 5300,, Albany,NY,12205-0300 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Abdulhamid Abdulhaqq |
| cr | | Antonio Douglas |
| cr | | Christian Baine |
| cr | | Dominick Mastrandrea |
| cr | | Duane Frisbie |
| cr | | Elijah Plummer |
| cr | | Eriks Markevics |
| cr | | Faustino Liceaga |
| cr | | Goly Standifer |
| cr | | Kernan Charlery |
| cr | | The Law Office of Justin A. Zeller, P.C. |
| cr | | William H. Jereis |
| cr | | Yomar Marte |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 7608918 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7642631 | *+ | The Law Office of Justin A. Zeller, P.C., 277 Broadway, Suite 408, New York, New York 10007-2036 |

TOTAL: 13 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 05, 2022           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Nov 03, 2022 | Form ID: 318 | Total Noticed: 40 |

**below:**

| Name | Email Address |
|---|---|
| Arthur Goldstein | on behalf of Trustee Deborah Piazza agoldstein@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Arthur Goldstein | on behalf of Trustee Deborah J. Piazza agoldstein@tarterkrinsky.com  snobles@tarterkrinsky.com |
| Deborah Piazza | on behalf of Trustee Deborah Piazza dpiazza@tarterkrinsky.com sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com |
| Deborah Piazza | dpiazza@tarterkrinsky.com sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com |
| James B. Glucksman | on behalf of Defendant Anthony Bartolomeo jbg@dhclegal.com  ch11esq@yahoo.com |
| James B. Glucksman | on behalf of Counter-Claimant Anthony J. Bartolomeo jbg@dhclegal.com  ch11esq@yahoo.com |
| James B. Glucksman | on behalf of Debtor Anthony J. Bartolomeo jbg@dhclegal.com  ch11esq@yahoo.com |
| James B. Glucksman | on behalf of Defendant Anthony J. Bartolomeo jbg@dhclegal.com  ch11esq@yahoo.com |
| Jill Levi | on behalf of Creditor CooperFriedman Electric Supply Co.  Inc. jlevi@toddlevi.com, drosenberg@toddlevi.com |
| Jill L. Makower | on behalf of Trustee Deborah Piazza jmakower@tarterkrinsky.com  snobles@tarterkrinsky.com;jseitllari@tarterkrinsky.com |
| John Gurrieri | on behalf of Creditor Yomar Marte jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Christian Baine jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Duane Frisbie jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Kernan Charlery jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Dominick Mastrandrea jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Abdulhamid Abdulhaqq jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Goly Standifer jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Antonio Douglas jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Faustino Liceaga jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor William H. Jereis jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor The Law Office of Justin A. Zeller  P.C. jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Eriks Markevics jmgurrieri@zellerlegal.com |
| John Gurrieri | on behalf of Creditor Elijah Plummer jmgurrieri@zellerlegal.com |
| Joseph Lubertazzi, Jr. | on behalf of Creditor Provident Bank jlubertazzi@mccarter.com  jlubertazzi@mccarter.com |
| Marc Illish | on behalf of Plaintiff Crescent Electric Supply Company  Inc. of New York MI@GWPCLAW.COM |
| Marc Illish | on behalf of Creditor Crescent Electric Supply Company Inc. of New York MI@GWPCLAW.COM |

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 03, 2022 | Form ID: 318 | Total Noticed: 40 |

Marc Illish
    on behalf of Plaintiff Crescent Electric Supply Company Inc. of New York MI@GWPCLAW.COM

Michael Korsinsky
    on behalf of Plaintiff Crescent Electric Supply Company Inc. of New York mk@kklawfirm.com

Michael Korsinsky
    on behalf of Plaintiff Crescent Electric Supply Company  Inc. of New York mk@kklawfirm.com

Michael Korsinsky
    on behalf of Creditor Crescent Electric Supply Company Inc. of New York mk@kklawfirm.com

Michael Z. Brownstein
    on behalf of Trustee Deborah Piazza mbrownstein@tarterkrinsky.com  snobles@tarterkrinsky.com

Robert Leslie Rattet
    on behalf of Defendant Anthony J. Bartolomeo rlr@dhclegal.com
    rattet2we@gmail.com;mms@dhclegal.com;jsp@dhclegal.com;rattetrr89983@notify.bestcase.com;mdv@dhclegal.com

Robert Leslie Rattet
    on behalf of Debtor Anthony J. Bartolomeo rlr@dhclegal.com
    rattet2we@gmail.com;mms@dhclegal.com;jsp@dhclegal.com;rattetrr89983@notify.bestcase.com;mdv@dhclegal.com

Robert Leslie Rattet
    on behalf of Counter-Claimant Anthony J. Bartolomeo rlr@dhclegal.com
    rattet2we@gmail.com;mms@dhclegal.com;jsp@dhclegal.com;rattetrr89983@notify.bestcase.com;mdv@dhclegal.com

Robert Leslie Rattet
    on behalf of Defendant Anthony Bartolomeo rlr@dhclegal.com
    rattet2we@gmail.com;mms@dhclegal.com;jsp@dhclegal.com;rattetrr89983@notify.bestcase.com;mdv@dhclegal.com

Steven Soulios
    on behalf of Counter-Defendant Charles DeGennaro  III ssoulios@lawnynj.com, lclay@lawnynj.com

Steven Soulios
    on behalf of Plaintiff Charles DeGennaro  III ssoulios@lawnynj.com, lclay@lawnynj.com

Steven Soulios
    on behalf of Creditor Charles DeGennaro III ssoulios@lawnynj.com  lclay@lawnynj.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV


TOTAL: 39