UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

                                                                    Chapter 7

ANTHONY J. BARTOLOMEO,                Case No. 19-12294 (LGB)

                                Debtor.
------------------------------------------------------------X

## ORDER DISALLOWING CLAIM NO. 9-1 OF CHARLES DeGENNARO III

UPON the request of Deborah J. Piazza , Chapter 7 Trustee of Anthony J. Bartolomeo (the "Trustee") in respect of the DeGennaro Claim as defined herein that under the Stipulation "so ordered" by this Court in settlement of the adversary proceeding <u>Charles DeGennaro v. Anthony Bartolomeo</u>, Adv. Proc No. 19-1370 (the "Settlement Stipulation") that Charles DeGennaro will consent to expunging and/or disallowance of Claim No. 9-1 (the "DeGennaro Claim") filed against the Debtor's Estate ("Trustee Request"), upon the payment of $25,000 under the Settlement Stipulation (the "Settlement Amount") to Charles DeGennaro, it appearing that it is appropriate under the circumstances, Steven Soulios, Esq., Ruta Soulios & Stratis LLP, appearing as attorney for Charles DeGennaro III, and Robert L. Rattet, Esq.  and James B. Glucksman, Esq., Davidoff Hutcher & Citron LLP, appearing on behalf of Anthony J. Bartolomeo and Michael Z. Brownstein, Esq., Tarter Krinsky & Drogin LLP appearing on behalf of Deborah Piazza, Chapter 7 Trustee; and Samuel Diamantstein, Esq., Korsinsky & Klein, LLP having appeared on behalf of Plaintiff Crescent Electric Supply Company, Inc. of New York ("Crescent"), and Crescent having objected to the Settlement Stipulation and said objection having been overruled,  and the Court, at the hearing held on  November 17, 2022, having granted the Debtor's motion seeking approval of the Settlement Stipulation and the Trustee's

1

2

Request, and upon the record of the hearing and upon all papers and proceedings had herein, it is hereby

**ORDERED,** that upon payment of the Settlement Amount the DeGennaro Claim shall be disallowed and expunged in its entirety, and it is further

**ORDERED**, that the Court hereby retains jurisdiction over the implementation of this Order, respectively.

Dated: New York, New York
       November 17, 2022

                                      **/s/ Lisa G. Beckerman**
                                      HON. LISA J. BECKERMAN
                                      UNITED STATES BANKRUPTCY JUDGE